Daniela Hernandez Chong Cuy (SBN 319837)
Law Office *of* Daniela Hernandez Chong Cuy
680 E Colorado Blvd. Suite 180
Pasadena, CA, 91101
Phone: 323 432 0762
Email: daniela@lawoffice-dhchongcuy.com

*Attorney for Petitioner*

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PATRICK J. KEARNEY (Cal. Bar No. 295543)
Special Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 916-7881
Email: Patrick.Kearney@usdoj.gov

*Attorneys for Federal Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO JOSE LACAYO ALVARADO,<br>Petitioner,<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 2:26-cv-08214-DMK<br><br>**~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE AND TO EXTEND ADMINSITRATIVE STAY**<br><br>Honorable Diana M. Kwok, United States Magistrate Judge. |

The Court, having considered the parties' Joint Stipulation to Continue Hearing on Petitioner's Petition for Writ of Habeas Corpus, and finding good cause therefor, hereby orders as follows:

The hearing currently set for August 18, 2026, is continued to August 20, 2026, at 1:30 p.m. and the administrative stay is extended until August 21, 2026, pending resolution of the Petition.

IT IS SO ORDERED.

DIANA M. KWOK
United States Magistrate Judge

DATED: August 18, 2026