**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO JOSE LACAYO ALVARADO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Respondents. | Case No. 2:26-cv-08214-DMK<br>**MEMORANDUM AND ORDER GRANTING IMMEDIATE RELEASE** |

On July 24, 2026, Petitioner Eduardo J. Lacayo Alvarado ("Petitioner"), an immigration detainee, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241, challenging his detention at the Adelanto ICE Processing Center and Respondents' intended removal of Petitioner to a third country. ECF 2. Specifically, Petitioner contends he did not receive the required notice and informal interview required under 8 C.F.R. § 241.13(i)(3) for revocation of his Order of Supervision, and argues that Respondents are seeking to remove him to a third country without providing him the protections required under 8 U.S.C. § 1231(b)(3).

Respondents filed an Answer on August 3, 2026, to which they attached, inter

alia, the Notice of Revocation of Release, record of Alien Informal Interview, and Notice of Removal that were provided to Petitioner. *See generally* ECF 8. Petitioner filed a Traverse on August 6, 2026. ECF 9.

On August 12, 2026, Respondents filed a Notice of Intended Removal, indicating that they intended to remove Petitioner to Mexico on or shortly after August 15, 2026. ECF 12. Petitioner then filed an ex parte application for temporary restraining order on August 14, 2026, to which Respondents filed an opposition on August 18, 2026. ECF 13, 16.

The Court heard argument from the parties on August 20, 2026.

For the reasons stated on the record at the hearing on August 20, 2026, the Petition is GRANTED IN PART. The Court finds that Petitioner's constitutional right to procedural due process was violated when Respondents revoked his Order of Supervision without following the procedures required under 8 C.F.R. § 241.13(i)(3), and that this violation justifies his release. Because the Court concludes that Petitioner is entitled to release on procedural due process grounds, it declines to address his alternative arguments based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). Petitioner's claims for violation of the INA and FARRA with respect to Respondents' third country removal procedures are denied without prejudice. Petitioner's ex parte application for temporary restraining order is denied as moot.

The Court orders that Respondents: (1) immediately release Petitioner Eduardo Jose Lacayo Alvarado (A# 073-886-614) from custody on Petitioner's prior conditions of release; and (2) immediately return any confiscated property and documents to Petitioner upon his release.

Judgement shall be entered accordingly.

DATED: August 20, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE