JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDUARDO JOSE LACAYO ALVARADO,

Petitioner,

v.

MARKWAYNE MULLIN, *et al*.,

Respondents.

Case No. 2:26-cv-08214-DMK

**JUDGMENT**

**IT IS HEREBY ADJUDGED** that the petition under 28 U.S.C. § 2241 filed by Petitioner Eduardo Jose Lacayo Alvarado (A# 073-886-614) is granted in part. Petitioner is to be released immediately from the custody of Immigration and Customs Enforcement on conditions no more restrictive than those in effect when he was most recently detained. In addition, Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions.

DATED: August 20, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE